FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 SEP 24 PM 12: 20

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PUBLIC-SECTOR SOLUTIONS, INC., | * | |
| Appellant | * | |
| v. | * | CIVIL NO. JKB-14-2368 |
| HCG SOFTWARE, LLC, *et al.*, | * | |
| Appellees | * | |
| | * | |
| In re:<br>PUBLIC-SECTOR SOLUTIONS, INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

Pending before the Court are several motions including Appellee HCG Software, LLC's ("HCG")[1] motion to dismiss this bankruptcy appeal. (ECF No. 2.) The Court concludes this motion should be granted for the reasons stated therein. The Court has considered the parties' various filings as to this motion (ECF Nos. 11, 15, & 18), and no hearing is necessary, Local Rule 105.6 (D. Md. 2014).

Appellant Public-Sector Solutions, Inc., which was the debtor in the bankruptcy court, has no authority to bring this appeal of the bankruptcy court's order granting relief under Chapter 7 of the Bankruptcy Code. *See C.W. Mining Co. v. Aquila, Inc.*, 636 F.3d 1257, 1265 (10th Cir. 2011); *South Edge LLC v. JPMorgan Chase Bank, N.A.*, Civ. Nos. PMP-RJJ-11-0240, PMP-RJJ-11-301, 2011 WL 1626567, at \*5-7 (D. Nev. 2011). The Trustee, Joseph J. Bellinger, possesses sole authority under these circumstances to decide to appeal the order for relief, and he

---

[1] The Clerk will be directed to amend the docket to reflect the correct name of this party.

seeks to intervene for the purpose of joining in HCG's motion to dismiss. (ECF Nos. 4, 15.) These motions will also be granted. All other pending motions are mooted by dismissal of the appeal. A separate order will follow.

DATED this 24th day of September, 2014.

BY THE COURT:

/s/
James K. Bredar
United States District Judge